IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KATIE YOUNG PLAINTIFF

V. NO. 4:26-cv-00094-GHD-DAS

MISSISSIPPI DEPARTMENT OF
HUMAN SERVICES DEFENDANTS

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record in this action, the Court finds that the Report and Recommendation [6] of the United States Magistrate Judge dated July 28, 2026, regarding the dismissal with prejudice of this *pro se* action for failure to state a plausible claim and barring the Plaintiff from filing any future *pro se in forma pauperis* complaints without permission from the Chief District Judge of this Court, was on that date duly served upon the Plaintiff; and that the Plaintiff's objection [7] thereto has been filed and reviewed by the Court. The Magistrate Judge issued the Report and Recommendation after reviewing the Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) because the Plaintiff is proceeding *in forma pauperis* [5].

For the reasons aptly set forth in the Magistrate Judge's Report and Recommendation, the Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. The Plaintiff's Complaint simply does not state a plausible claim for relief and fails to establish subject matter jurisdiction in this Court. The Court shall therefore dismiss the Plaintiff's claims with prejudice. See, e.g., *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994); *Neitzke v. Williams,* 490 U.S. 319, 327 n. 6 (1989) (quoting *Bell v. Hood,* 327 U.S. 678, 682–683 (1946)) (holding that "[a] court may find it lacks subject matter jurisdiction pursuant to Rule 12(b)(1) where the claim or claims are "so attenuated and unsubstantial as to be absolutely devoid of merit"); *Stockman v. Federal Election Com'n*, 138 F.3d 144, 151 (5th Cir.

1998). In addition, because this is the fifth *pro se in forma pauperis* complaint the Plaintiff has filed that has been dismissed as frivolous within the past two years (*see* 4:24-CV-10-DMB-JMV; 4:25-CV-153-KHJ-MTP; 4:25-CV-179-RPC-DAS; 4:25-CV-180-DMB-DAS), the Court agrees with the Magistrate Judge the Plaintiff should be sanctioned for repeated violations of Rule 11(b) of the Federal Rules of Civil Procedure and barred from further *pro se in forma pauperis* filings without first obtaining permission from the Chief District Judge. *See* Fed. R. Civ. P. 11(c); *Whitehead v. Food Max of Miss., Inc.*, 332 F.3d 796, 802-03 (5th Cir. 2003); *Mendoza v. Lynaugh*, 989 F.2d 191, 195-97 (5th Cir. 1993); *Farguson v. MBank Houston, N.A.*, 808 F.2d 358, 359 (5th Cir. 1986); *Green v. Carlson*, 649 F.2d 285, 287 (5th Cir. 1981).

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [6] of the United States Magistrate Judge dated July 28, 2026, is hereby APPROVED AND ADOPTED as the opinion of the Court;

2) this action is DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; and

3) the Plaintiff is BARRED from filing future *pro se in forma pauperis* complaints in this District unless she first obtains permission from the Chief District Judge of this District.

SO ORDERED, this, the 17th day of August, 2026.

Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE